# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

2008 MAR -5 AM 11:41

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: CR597-00004-006 |
| Terry Heidt ) | USM No: 09478-021 |
| Date of Previous Judgment: March 26, 1998 ) | William S. Parks |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __180__ months **is reduced to** __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __34__        Amended Offense Level: __32__
Criminal History Category: __II__     Criminal History Category: __II__
Previous Guideline Range: __168__ to __210__ months    Amended Guideline Range: __135__ to __168__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __March 26, 1998,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 5, 2008__

Judge's signature

William T. Moore, Jr.
Effective Date: __March 15, 2008__        Chief Judge, U.S. District Court
  (if different from order date)              Printed name and title